Form 5 - SUITABLE WITH MAILING                                          elvira

P376778

**MICHAEL HUESTON ESQ**    MICHAEL HUESTON ESQ
U S DISTRICT COURT EASTERN DISTRICT STATE OF NEW YORK
-----------------------------------------------------------
TAMMY FOSTER                                                    index No. **CV14-4602**
                                              PLAINTIFF         Date Filed
                              - vs -
THE CITY OF NEW YORK, ETAL.
                                              DEFENDANT         Office No.
                                                               Court Date.
-----------------------------------------------------------
                STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**MATTHEW FERNANDEZ** being duly sworn, deposes and says; I am over 18 years of age, not a party
to this action, and reside in the State of New York. That on the **08TH** day of **AUGUST, 2014**
**12:37PM** at
            **1 POLICE PLAZA, RM 1100**
            **NEW YORK NY**
I served the **SUMMONS AND COMPLAINT,**
upon **P.O. JEANBERN REMY, SHIELD #2998**
the **DEFENDANT** therein named by delivering and leaving a true copy or copies of the
aforementioned documents with **(JANE) MUMFORD, CO-WORKER WHO REFUSED FULL NAME**
a person of suitable age and discretion.
                Deponent describes the person served as aforesaid to the best of
deponent's ability at the time and circumstances of the service as follows.

                SEX: **FEMALE** COLOR: **BLACK** HAIR: **ORANGE**
                APP.AGE: **49** APP. HT: **5'7** APP. WT: **165**
                OTHER IDENTIFYING FEATURES
                **GLASSES**


On **08/11/2014** I deposited in the United States mail another true copy of the aforementioned
documents properly enclosed and sealed in a post-paid wrapper addressed to the said
**DEFENDANT** at the above address. That being
**the place of business of the DEFENDANT.**

Copy mailed 1st class mail marked personal and confidential not indicating on the outside
thereof by return address or otherwise that said notice is from an attorney or concerns an
action against the person to be served.

COMMENTS:


Sworn to before me this
11TH day of AUGUST, 2014



LINDA TAM
Notary Public, KINGS COUNTY              MATTHEW FERNANDEZ 1453858
   01TA6301171                           inSync Litigation Support, LLC
Qualified in KINGS COUNTY                75 MAIDEN LANE 11TH FLOOR
Commission Expires 04/14/2018            NEW YORK, NY 10038
                                         Reference No: 3-MH-F-376778